# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Allen Brothers, Inc., an Illinois corporation,<br><br>    Plaintiff<br><br>    v.<br><br>Bob Larance, Inc., a Texas corporation, d/b/a Roy Pope Grocery, and Robert Larance, an individual,<br><br>    Defendants. | Case No.  08-cv-4639<br><br>Hon. Ronald A. Guzman |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule LR 3.2 of the United States District Court for the Northern District of Illinois, plaintiff Allen Brothers, Inc. hereby states that it is a nongovernmental corporate party to this proceeding, that it has no parent corporations, and has no publicly held affiliates.

Dated this 15th of August, 2008

      s/Christopher I. Cedillo           .
Jessica E. Demonte
jdemonte@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, Illinois  60602
Telephone:    312.428.4720
Facsimile:     312.575.8679

Christopher I. Cedillo
ccedillo@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
Telephone:    602.528.4000
Facsimile:     602.253.8129

Attorneys for Plaintiff Allen Brothers, Inc.