**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Allen Brothers, Inc., an Illinois corporation,<br><br>          Plaintiff<br><br>v.<br><br>Bob Larance, Inc., a Texas corporation, d/b/a<br>Roy Pope Grocery, and Robert Larance, an<br>individual,<br><br>          Defendants. | Case No.  08-cv-4639<br><br>Hon. Ronald A. Guzman |

## NOTICE OF CLAIMS INVOLVING U.S. TRADEMARKS

Pursuant to Local Rule LR 3.4 of the United States District Court for the Northern District of Illinois and 15 U.S.C. § 1116(c), plaintiff Allen Brothers, Inc. hereby provides notice that an action has been brought involving the following U.S. Trademark Registrations:

| U.S. Trademark Registration No. | Trademark |
|---|---|
| 22703418 | ALLEN BROTHERS |
| 3297650 | ALLEN BROTHERS |
| 2396415 | PROMISE OF EXCELLENCE |
| 2358671 | PROMISE OF EXCELLENCE |

This action involves the following parties:

Plaintiff:     Allen Brothers, Inc.
               c/o David Rogers, Esq.
               Squire, Sanders and Dempsey L.L.P.
               40 N. Central Avenue, Suite 2700
               Phoenix, Arizona  85004-4498

Defendants:    Bob Larance, Inc. and Robert Larance
               2300 Merrick
               Fort Worth, Texas 76107

1

2    Dated this 15th of August, 2008

3                                        s/Christopher I. Cedillo                    .
                                    Jessica E. Demonte
                                    jdemonte@ssd.com
4                                   SQUIRE, SANDERS & DEMPSEY L.L.P.
                                    Three First National Plaza
5                                   70 W. Madison, Suite 2015
                                    Chicago, Illinois  60602
6                                   Telephone:    312.428.4720
7                                   Facsimile:    312.575.8679

8                                   Christopher I. Cedillo
9                                   ccedillo@ssd.com
                                    SQUIRE, SANDERS & DEMPSEY L.L.P.
10                                  Two Renaissance Square
                                    40 North Central Avenue, Suite 2700
11                                  Phoenix, Arizona 85004-4498
                                    Telephone:    602.528.4000
12                                  Facsimile:    602.253.8129

13
                                    Attorneys for Plaintiff Allen Brothers, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-