IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Allen Brothers, Inc., an Illinois corporation,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Bob Larance, Inc., a Texas corporation, d/b/a Roy Pope Grocery, and Robert Larance, an individual,<br><br>　　　　Defendants. | Case No.  08-cv-4639<br><br>Hon. Ronald A. Guzman |

### REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

　　Pursuant to General Order on Electronic Case Filing 07-0023 of the United States District Court for the Northern District of Illinois, plaintiff's counsel hereby requests a refund of the $350.00 e-filing charge reflected in Receipt No. 3022838, due to duplicate payments made online.

　　Dated this 15th of August, 2008

　　　　　　　　　　　　　　　　　　　　　s/Christopher I. Cedillo            .
　　　　　　　　　　　　　　　　　　　　Jessica E. Demonte
　　　　　　　　　　　　　　　　　　　　jdemonte@ssd.com
　　　　　　　　　　　　　　　　　　　　SQUIRE, SANDERS & DEMPSEY L.L.P.
　　　　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　　　　70 W. Madison, Suite 2015
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60602
　　　　　　　　　　　　　　　　　　　　Telephone:    312.428.4720
　　　　　　　　　　　　　　　　　　　　Facsimile:     312.575.8679

　　　　　　　　　　　　　　　　　　　　Christopher I. Cedillo
　　　　　　　　　　　　　　　　　　　　ccedillo@ssd.com
　　　　　　　　　　　　　　　　　　　　SQUIRE, SANDERS & DEMPSEY L.L.P.
　　　　　　　　　　　　　　　　　　　　Two Renaissance Square
　　　　　　　　　　　　　　　　　　　　40 North Central Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85004-4498
　　　　　　　　　　　　　　　　　　　　Telephone:    602.528.4000
　　　　　　　　　　　　　　　　　　　　Facsimile:     602.253.8129

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Allen Brothers, Inc.