IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Allen Brothers, Inc., an Illinois corporation,<br><br>    Plaintiff<br><br>    v.<br><br>Bob Larance, Inc., a Texas corporation, d/b/a Roy Pope Grocery, and Robert Larance, an individual,<br><br>    Defendants. | Case No.  08-cv-4639<br><br>Hon. Ronald A. Guzman |

**CERTIFICATE OF SERVICE**
**OF N.D. ILL. LANHAM ACT MEDIATION PROGRAM DOCUMENTS**

Pursuant to the notice issued on August 15, 2008 [Docket No. 5], by Thelma Murry-Sykes, Deputy Clerk of the United States District Court for the Northern District of Illinois, Christopher I. Cedillo, counsel for Allen Brothers, Inc., hereby certifies that plaintiff Allen Brothers, Inc., defendants Bob Larance, Inc. and Robert Larance, and defendants' attorney, Jay R. Downs, of the law firm of Downs Stanford, P.C., have all been provided copies of Ms. Murry-Sykes' notice and all enclosed information concerning the Northern District of Illinois' Lanham Act Mediation Program.

Dated this 4th day of September, 2008

       s/Christopher I. Cedillo              .
Jessica E. Demonte
jdemonte@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, Illinois  60602
Telephone:     312.428.4720
Facsimile:       312.575.8679

-2-

        Christopher I. Cedillo
        ccedillo@ssd.com
        SQUIRE, SANDERS & DEMPSEY L.L.P.
        Two Renaissance Square
        40 North Central Avenue, Suite 2700
        Phoenix, Arizona 85004-4498
        Telephone:    602.528.4000
        Facsimile:    602.253.8129

Attorneys for Plaintiff Allen Brothers, Inc.

-2-